Dowd, J.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| United States of America,         )<br>                                                  )<br>         Plaintiff,                     )<br>                                                  )<br>    v.                                        )<br>                                                  )<br> Akhil Baranwal,                     )<br>                                                  )<br>         Defendant.                  ) | CASE NO. 6:08 CR 118-ORL-DDD-DAB<br><br>ORDER |

This matter is before the Court for consideration of United Magistrate Judge Baker's Report and Recommendation dated December 4, 2013 and found at ECF Doc. No. 1133. Magistrate Judge Baker recommends granting in part and denying in part the motion of defendant Akhil Baranwal (ECF Doc. No. 1130) to alter the language of the criminal judgment issued in this case. The government opposed defendant Baranwal's motion (ECF Doc. No. 1132), but filed no objection to Magistrate Judge Baker's Report and Recommendation.

Having considered Magistrate Judge Baker's well-reasoned Report and Recommendation, the Court concludes that the Report and Recommendation should be adopted. Accordingly, it is hereby ordered that:

1) Magistrate Judge Baker's Report and Recommendation is adopted and incorporated by reference in this Order; and

2) Defendant Baranwal's motion is granted in part and denied in part as reflected in Magistrate Judge Baker's adopted and incorporated Report and Recommendation.

The Court requests that the Clerk prepare an amended Judgment consistent with this Order.

IT IS SO ORDERED.

 March 14, 2014                             *s/ David D. Dowd, Jr.*
Date                                                David D. Dowd, Jr.
                                                         U.S. District Judge